| | |
|---|---|
| YOUR NAME | JACK S. Mollin |
| YOUR ADDRESS | 2216 6th Ave, San Diego, CA |
| YOUR TELEPHONE NUMBER | 619-504-1523 |

FILED
2009 NOV 18 PM 4:42
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____VNY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

JACK STEVEN MOLLIN

-v-

MAJOR OF SAN DIEGO, CA.
ZIP 92101

Case No. '09 CV 2607 JAH WVG
(To be assigned at time of filing)

COMPLAINT FOR (Brief description of document)

Plaintiff alleges: I was deprived of my rights to call an ATTORNEY. Also I sought out Medical care, and was given no medical Attention. I was ALSO held without Bail or the Ability to seek legal Representation. I ALSO was denied my right Under The Constitution of the United States of AMERICA. Additional, I WAS Abused, Both Mentally & Physically. I was Assaulted with a deadly weapon, I was Exposed to prisoner

11/18/09

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

JS 44 (Rev. 11/04)  Case 3:09-cv-02607-JAH-WVG  CIVIL COVER SHEET  Filed 11/18/09  Page 2 of 2

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JACK STEVEN MOLLIN

**DEFENDANTS**
JERRY SANDERS MAYOR OF SAN DIEGO

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Filing in proper

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

**'09 CV 2607 JAH WVG**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 3. Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT
- [X] 360 Other Personal Injury
- [X] 440 Other Civil Rights

## V. ORIGIN
- [X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: **28-1331**
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ **1,8,000,000**
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

DATE: **11/18/09**

SIGNATURE OF ATTORNEY OF RECORD

